NO. 07-04-0569-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 25, 2005

______________________________

ANDY DEWAYNE POSEY, 

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 181
ST
 DISTRICT COURT OF RANDALL COUNTY;

NO. 15,058-B; HON. JOHN B. BOARD, PRESIDING

_______________________________

Memorandum Opinion

_______________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Andy DeWayne Posey (appellant) appealed from his conviction for possessing a controlled substance.  Via a single issue, he contended that the trial court erred in denying his motion to suppress physical evidence.  The State filed an appellee’s brief and conceded that the police officers “did not have reasonable suspicion to stop the vehicle” and that this court “should . . . reverse the judgment and remand the case back to the trial court for further proceedings.”  We reviewed the briefs and record and found grounds supporting the State’s concession.  Accordingly, the judgment of the trial court is reversed and the cause is remanded to the trial court for further proceedings.  

Per Curiam

Do not publish.